1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8

| | |
|---|---|
| 9 Peter Strojnik, | No. CV-21-00181-PHX-SMB |
| 10 Plaintiff, | **ORDER** |
| 11 v. | |
| 12 Stanislaw Szaflarski and Malgorzata Szaflarski, et al., | |
| 13 | |
| 14 Defendants. | |

15      I hereby recuse myself from any further action in the above-captioned matter.

16      **IT IS ORDERED** this case be reassigned, by lot, to another Judge in the District of

17 Arizona.

18      **IT IS FURTHER ORDERED** that this matter has been reassigned by random lot

19 to the Honorable Steven P. Logan.  All future pleadings and papers submitted for filing

20 shall bear the following complete case number: CV-21-00181-PHX-SPL.

21      Dated this 3rd day of February, 2021.

22
23
24
25
_____
Honorable Susan M. Brnovich
United States District Judge

26
27
28