IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik, | No. CV-21-00181-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Stanislaw Szaflarski, et al., | |
| Defendants. | |

Having reviewed Plaintiff's Notice of Dismissal (Doc. 10),

**IT IS ORDERED** that this matter is dismissed **without prejudice** and the Clerk of Court shall **terminate** this action accordingly.

**IT IS FURTHER ORDERED** that all pending motions are denied as moot.

Dated this 17th day of February, 2021.

Honorable Steven P. Logan
United States District Judge